UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY A. KELLY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  4:09CV129 FRB |
| COLLECTCORP CORPORATION, | ) |
| Defendant. | ) |

## **ORDER**

In accordance with the parties' Dismissal Memorandum [Doc. #8],

**IT IS HEREBY ORDERED** that all claims raised in the instant cause of action are hereby dismissed with prejudice.  Each party to bear it own costs and attorney's fees in the cause.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE

Dated this *16th* day of March, 2009.